[No. 29324-9-I.   Division One.   July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD J. GLASER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07164-9, Larry A. Jordan, J., entered September 23, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Pekelis, J.

[No. 28654-4-I.   Division One.   July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN D. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02567-1, Carmen Otero, J., entered June 17, 1991. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Forrest, JJ.

[No. 29656-6-I.   Division One.   July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN ANDREW BUSTAMANTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-04860-8, Bobbe J. Bridge, J., entered November 21, 1991. *Reversed* and *dismissed* by unpublished per curiam opinion.

[No. 27794-4-I.   Division One.   July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFF LYNN CHERPESKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04150-2, Terrence A. Carroll, J., entered January 29, 1991. *Dismissed* by unpublished per curiam opinion.